**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000713
27-SEP-2022
07:52 AM
Dkt. 25 ODSD**

NO. CAAP-21-0000713

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KETSANA N. PHITSAMAY, Petitioner-Appellee, v.
BRUNA G. SMITH, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 21-1-2493)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Nakasone and Chan, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on second extensions of time on or before July 22, 2022;

(2) Self-represented Respondent-Appellant Bruna Smith (Smith) failed to file either document, or request further extensions of time;

(3) On July 28, 2022, the appellate clerk entered a default notice informing Smith that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 8, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Smith could request relief from default by motion; and

(4) Smith has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 27, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge